### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASHANDEEP SINGH,<br>      **Petitioner** | : | **No. 3:25cv2388** |
| | : | |
| | : | **(Judge Munley)** |
| | : | |
| | : | **(Chief Magistrate Judge Bloom)** |
| **v.** | : | |
| | : | FILED |
| **TODD M. LYONS, Acting Director** | : | SCRANTON |
| **Immigration and Customs** | : | |
| **Enforcement, et al.,** | : | FEB 25 2026 |
|       **Respondents** | : | PER _____ |
| | | DEPUTY CLERK |

## ORDER

**AND NOW,** to wit, this 25th day of February 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) Petitioner Jashandeep Singh's objections to the Report and Recommendation ("R&R"), (Doc. 14), are **SUSTAINED**;

2) The R&R, (Doc. 13), is not adopted;

3) Singh's petition for writ of habeas corpus, (Doc. 1), is **GRANTED**;

4) Singh's detention is not governed by 8 U.S.C. § 1225(b)(2)(A);

5) Respondents shall, **within seven (7) days of the date of this order,** provide Singh with an individualized bond hearing before a neutral immigration judge who shall evaluate whether Singh poses a danger to the community and whether he is likely to appear at future proceedings;

6) If Singh does not receive a bond hearing within the seven-day period, he shall be released **no later than March 5, 2026 at 12:00 noon** under the same conditions that existed prior to his detention, including, release: (1) within the State of Indiana near where petitioner lives or was employed; (2) without the imposition of additional conditions (such as ankle monitors or electronic tracking devices); (3) with all clothing and outerwear worn at the time of the detention or other appropriate attire; and (4) with all personal property, including, but not limited to, any driver's license, passport, immigration documents, currency, or cell phone that was seized at the time of detention and that is currently in their custody, possession, or control, whether maintained directly by respondents or by any contracted or affiliated facility;

7) On or before **March 6, 2026 at 12:00 noon**, respondents shall file a declaration or affidavit pursuant to 28 U.S.C. § 1746 confirming that Singh has either been provided with a bond hearing or has released from custody;

8) Singh may file a motion for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 within thirty (30) days of the date of this order;  and

9) The Clerk of Court is directed to close this case.

2

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

3